SO ORDERED: July 21, 2010.



_____
**James K. Coachys**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| GENE EDWARD TOMEY | )  CASE NO. 10-01534-FJO-13 |
| | ) |
| Debtor(s) | ) |
| | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

The Motion for Relief From Stay and to Abandon Real Estate of US Bank, NA, (hereinafter referred to as "US Bank"), having come before the Court.

And the Court, having examined said Motion and being duly advised in the premises, and having found that the Debtor(s) intend to abandon their interest in the real estate and that there exists no equity in said real estate, and having found that said intention to abandon and lack of equity in the subject real estate constitutes sufficient cause for relief from stay, it is therefore,

ORDERED AND ADJUDGED: That the Motion for Relief From Stay and to Abandon Real Estate filed by US Bank, NA be, and hereby is, granted; it is further,

ORDERED AND ADJUDGED: That the Court hereby orders the abandonment of the subject real estate located in Marion County, Indiana:

LOT 208 IN MEADOW BEND, SECTION 5, A SUBDIVISION IN MARION COUNTY, AS PER PLAT RECORDED MARCH 22, 2002, AS INSTRUMENT NO. 2002-54837, IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.

More commonly known as 8114 Grassy Meadow Ct, Indianapolis, IN 46259-7728

ORDERED AND ADJUDGED:  That the automatic stay as it relates to the property commonly known as 8114 Grassy Meadow Ct, Indianapolis, IN 46259-7728 is vacated.

###